Journal Entry
MOTION BY T.W. GROGAN COMPANY TO CORRECT ERROR IN JOURNAL ENTRY AND OPINION DATED MAY 10, 2001 Is GRANTED. THE PRIOR JOURNAL ENTRY AND OPINION RELEASED MAY 10, 2001 IS HEREBY REVISED AND AMENDED NUNC PRO TUNC. THE ATTACHED JOURNAL ENTRY AND OPINION SHALL CONSTITUTE THE DECISION IN THIS APPEAL.
Presiding Judge TIMOTHY E. McMONAGLE, Concurs.
Judge ANNE L. KILBANE, Concurs.
 _________________________ Judge MICHAEL J. CORRIGAN